| | |
|---|---|
| 1 | DONALD G. STONE                HONORABLE LONNY R. SUKO |

DONALD G. STONE
ANDREW J. MITCHELL
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
(509) 838-0007 Facsimile

STUART G. MONDSCHEIN
WHEELER, VAN SICKLE & ANDERSON, S.C.
25 West Main Street, Suite 801
Madison, Wisconsin  53703-3398
(608) 255-7277
(608) 255-6006 Facsimile

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T&D DAIRY, LLC, a Washington limited liability company; TOM VAN RUITEN and DONNA VAN RUITEN, husband and wife<br><br>            Plaintiffs,<br><br>vs.<br><br>PACIFICORP, d/b/a PACIFIC POWER, a foreign corporation<br><br>            Defendant. | No. CV-09-3038-LRS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL WITH
PREJUDICE - PAGE 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

ON HEARING the parties' Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised in the premises, it is

HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, and without costs or attorney's fees to any party.

DATED this 14th day of December, 2010.

*s/Lonny R. Suko*
_____
THE HONORABLE LONNY R. SUKO

PRESENTED BY:

PAINE HAMBLEN LLP


By:   /s/  Donald G. Stone
     Donald G. Stone, WSBA #7547
     Andrew J. Mitchell, WSBA #30399
     717 W. Sprague Avenue, Suite 1200
     Spokane, WA  99201
     Telephone:  (509) 455-6000
     Facsimile:  (509) 838-0007
     Email:  don.stone@painehamblen.com
     Email:  Andrew.mitchell@painehamblen.com
     Attorneys for Defendant

///

///

///

WHEELER, VAN SICKLE & ANDERSON, S.C.

By:    /s/  Stuart G. Mondschein
      Stuart G. Mondschein, Pro Hac Vice
      25 West Main Street, Suite 801
      Madison, WI  53703-3398
      Telephone:  (608) 255-7277
      Facsimile:  (608) 255-6006
      Email:  smondschein@wheelerlaw.com
      Attorneys for Defendant

PRESENTMENT WAIVED BY:

      MENKE JACKSON BEYER EHLIS
      & HARPER, LLP


By:    /s/  Kenneth W. Harper
      Kenneth W. Harper, WSBA #25578
      Kirk A. Ehlis, WSBA #22908
      807 North 39th Avenue
      Yakima, WA  98902
      Telephone:  (509)  575-0313
      Facsimile:  (509) 575-0351
      Email:  kharper@mjbe.com
      Email:  kehlis@mjbe.com
      Attorneys for Plaintiffs

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL WITH
PREJUDICE - PAGE 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000